HICKZ, DEMANDANTE Y APELANTE, *v.* THE TEXAS COMPANY, DEMANDADA Y APELADA.

No. 3368.—*Visto:* Enero 28, 1925. *Resuelto:* Enero 30, 1925.

DESISTIMIENTO VOLUNTARIO— APELACIÓN IMPROCEDENTE— SOBRESEIMIENTO. — Después de un desistimiento voluntario la regla general es que no procede ninguna apelación.

ENMIENDAS NO PERMITIDAS.—No es permisible una enmienda con el objeto de substituir al demandado por otra persona completamente distinta.

RESOLUCIÓN de *R. Díaz Cintrón,* J. (Ponce), teniendo por desistido al demandante de la acción entablada por daños y perjuicios, sin costas. *Desestimada la apelación.*

*Martínez Nadal, Tormes & Colón,* abogados del apelante; *O. B. Frazer* y *R. Castro Fernández,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En este caso el apelante, como demandante en la corte inferior, desistió de su acción contra la demandada. El admitió que había demandado a la persona que no era. Entonces mediante moción o enmienda, trató de traer ante la corte al supuesto debido demandado.

Después de un desistimiento voluntario la regla general es que no procede ninguna apelación. *Sanders Philippi, S. en C.,* v. *Viuda de Baigés e Hijos,* 32 D.P.R. 855; *Ramírez & Co.* v. *Cruz & Co.,* de noviembre 24, 1924, *post.* De modo

que no estando comprendido el caso en ninguna reconocida excepción, todo aquello que en los señalamientos de error hace referencia a cosas que tuvieron lugar antes del desistimiento debe ser ignorado.

Después del desistimiento se hizo una moción para traer ante la corte a una persona enteramente distinta y de nombre semejante. La corte no resolvió la moción y la apelación en este sentido fué prematura.

Si la moción ha de considerarse por sus méritos, es evidente que la demandada, The Texas Co., no tiene absolutamente relación alguna, interés o nexo con alguna otra persona cuyo nombre es semejante. Para enmendar, debe dirigirse la moción a la persona contra la cual puede finalmente dictarse sentencia si es solamente de costas. No existe en absoluto ninguna razón por la cual una persona que ha sido indebidamente demandada deba seguir siendo molestada. Como no había ninguna persona ante la corte contra quien pudo dictarse sentencia sobre la alegada obligación, la corte carecía de facultad para enmendar y nada podía servir de base para hacer enmiendas. Una persona que accidentalmente ha sido citada para comparecer ante la corte no puede servir de vehículo para traer a la debida persona a la corte, pero tal supuesto demandado debe ser notificado, o citado en el curso regular del procedimiento. Es necesaria una nueva acción.

De igual modo que por virtud del desistimiento quedó fuera de la corte The Texas Co., no había tampoco nadie a quien pudiera notificarse una apelación. *La apelación debe ser desestimada* por estos motivos y además por ser frívola.